CUYAHOGA COUNTY BAR ASSOCIATION *v.* MUHLBACH.

[Cite as *Cuyahoga Cty. Bar Assn. v. Muhlbach*
(1999), 86 Ohio St.3d 547.]

(No. 99–808—Submitted June 9, 1999—Decided September 8, 1999.)

548

*Nancy J. Fleming; Weston, Hurd, Fallon, Paisley & Howley* and *Christopher M. Ernst; McCafferty & Perlman Co., L.P.A.,* and *Robert Steely,* for relator.

***Per Curiam.*** We adopt the findings, conclusions, and recommendation of the board. Although neglect of legal matters and a failure to cooperate in the ensuing disciplinary investigation normally warrant an indefinite suspension, a one-year suspension is appropriate here given the isolated nature of the neglect, the lack of evidence of substantial damage to his client, and respondent's eventual cooperation with relator's investigation. See, *e.g., Cleveland Bar Assn. v. Rollins* (1999), 84 Ohio St.3d 408, 410, 704 N.E.2d 1210, 1211–1212. Respondent is hereby suspended from the practice of law in Ohio for one year. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.